IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BARRON BORDEN, # 164982 | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:11-cv-193-HSO-JMR |
| JACKSON COUNTY, MISSISSIPPI, *et al.* | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [37] of Chief Magistrate Judge John M. Roper, entered in this cause on August 24, 2012. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [37], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of September, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE